IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RELIANT PHARMACEUTICALS, INC., a Delaware corporation,

    Plaintiff,

v.

ABBOTT LABORATORIES, an Illinois corporation, and LABORATOIRES FOURNIER, S.A., a French corporation,

    Defendants.

Civil Action No. 04-350-KAJ

## NOTICE OF SERVICE

I, Anne Shea Gaza, hereby certify that copies of Defendant Laboratoires Fournier S.A.'s Responses to Plaintiff Reliant Pharmaceuticals, Inc.'s Second Set of Interrogatories (Nos. 16-23) to Defendant Laboratoires Fournier S.A. were served on March 14, 2005 upon the following counsel of record in the manner indicated below:

**VIA HAND DELIVERY**

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Post Office Box 1347
Wilmington, Delaware 19899-1347

Philip A. Rovner, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**

William F. Cavanaugh, Esquire
Eugene M. Gelernter, Esquire
Chad J. Peterman, Esquire
Patterson, Belknap, Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Andrew M. Berdon, Esquire
Edward DeFranco, Esquire
Quinn, Emanuel, Urquhart, Oliver
 & Hedges LLP
335 Madison Avenue
New York, NY 10017

RLF1-2852208-1

|  |  |
|---|---|
| OF COUNSEL: | /s/ Anne Shea Gaza |
|  | Frederick L. Cottrell, III (#2555) |
| Charles D. Ossola | Anne Shea Gaza (#4093) |
| Leslie Hill | Richards, Layton & Finger, P.A. |
| Arnold & Porter | P.O. Box 551 |
| 555 Twelfth Street, N.W. | One Rodney Square |
| Washington, DC 20004-1202 | Wilmington, DE 19899 |
| (202) 942-5000 | (302) 651-7700 |
|  | Cottrell@rlf.com |
|  | Gaza@rlf.com |
| Mark R. Shanks | Attorneys for Defendant Laboratories |
| Shanks & Herbert | Fournier, S.A. |
| 1033 N. Fairfax Street |  |
| Alexandria, VA 22314 |  |
| (703) 683-3600 |  |

Timothy C. Bickham
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
(202) 429-5517

Dated: March 15, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2005, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Mary B. Graham, Esquire | Philip A. Rovner, Esquire |
| Morris, Nichols, Arsht & Tunnell | Potter, Anderson & Corroon LLP |
| 1201 North Market Street | 1313 N. Market Street |
| Post Office Box 1347 | P.O. Box 951 |
| Wilmington, Delaware 19899-1347 | Wilmington, DE 19899 |

I hereby certify that on March 15, 2005, I have sent by Federal Express the foregoing document to the following non-registered participants:

| | |
|---|---|
| William F. Cavanaugh, Esquire | Andrew M. Berdon, Esquire |
| Eugene M. Gelernter, Esquire | Edward DeFranco, Esquire |
| Chad J. Peterman, Esquire | Quinn, Emanuel, Urquhart, Oliver |
| Patterson, Belknap, Webb & Tyler, LLP | & Hedges LLP |
| 1133 Avenue of the Americas | 335 Madison Avenue |
| New York, NY 10036-6710 | New York, NY 10017 |

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
GAZA@rlf.com

RLF1-2851730-1