IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABBOTT LABORATORIES and ) <br> LABORATOIRES FOURNIER, S.A., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 04-350 (KAJ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Defendant Abbott Laboratories' Responses To Plaintiff Reliant Pharmaceuticals, Inc.'s Second Set Of Interrogatories (Nos. 16-23) To Defendant* and *Defendant Abbott Laboratories' Responses To Plaintiff Reliant Pharmaceuticals, Inc.'s Second Set Of Requests For The Production Of Documents And Things (Nos. 38-69) To Defendant Abbott Laboratories* were caused to be served on March 15, 2005 upon the following in the manner indicated:

**BY HAND**

Frederick L. Cottrell, III
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE 19801

Philip A. Rovner
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE 19801

**BY FACSIMILE**

Andrew M. Berdon
QUINN, EMANUEL, URQUHART,
OLIVER & HEDGES, LLP
335 Madison Avenue, 17th Floor
New York, NY 10017

Charles D. Ossola
Leslie M. Hill
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1202

                    MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Mary B. Graham*

_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200
*Attorneys for Abbott Laboratories*

OF COUNSEL:

William F. Cavanaugh, Jr.
Eugene M. Gelernter
Chad J. Peterman
Alexis Gander
PATTERSON, BELKNAP, WEBB TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000

March 15, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

Frederick L. Cottrell, III  
RICHARDS, LAYTON & FINGER  
One Rodney Square  
Wilmington, DE 19801

Philip A. Rovner  
POTTER ANDERSON & CORROON LLP  
1313 N. Market Street  
Wilmington, DE 19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 15, 2005 upon the following individuals in the manner indicated:

**BY HAND**

Frederick L. Cottrell, III  
RICHARDS, LAYTON & FINGER  
One Rodney Square  
Wilmington, DE 19801

Philip A. Rovner  
POTTER ANDERSON & CORROON LLP  
1313 N. Market Street  
Wilmington, DE 19801

**BY FACSIMILE**

Andrew M. Berdon  
QUINN, EMANUEL, URQUHART,  
OLIVER & HEDGES, LLP  
335 Madison Avenue, 17th Floor  
New York, NY 10017

Charles D. Ossola  
Leslie M. Hill  
ARNOLD & PORTER LLP  
555 Twelfth Street, N.W.  
Washington, DC 20004-1202

*/s/ Mary B. Graham*

Mary B. Graham, Esquire