IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC.,<br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES and<br>LABORATOIRES FOURNIER S.A.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 04-350 (KAJ)

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT the undersigned, counsel for Reliant Pharma-

ceuticals, Inc., hereby certifies that copies of the below documents were caused to be

served on March 15, 2005 upon the following counsel of record as indicated:

PLAINTIFF RELIANT PHARMACEUTICALS, INC.'S OBJECTIONS AND
RESPONSES TO DEFENDANT ABBOTT LABORATORIES' FIRST SET OF
INTERROGATORIES (NOS. 1-13); and

PLAINTIFF RELIANT PHARMACEUTICALS, INC.'S OBJECTIONS AND
RESPONSES TO DEFENDANT ABBOTT LABORATORIES' FIRST SET OF
REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS

### BY FACSIMILE AND FEDERAL EXPRESS

| | |
|---|---|
| Mary B. Graham, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Frederick L. Cottrell, III, Esq.<br>Anne Shea Gaza, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19899 |
| Charles D. Ossola, Esq.<br>Donald O. Beers, Esq.<br>Arnold & Porter<br>555 Twelfth Street, NW<br>Washington, DC 20004-1202 | Timothy C. Bickham, Esq.<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036-1795 |

**BY HAND DELIVERY**

William F. Cavanaugh, Jr., Esq.
Eugene M. Gelernter, Esq.
Patterson, Belknap, Webb Tyler LLP
1133 Avenue of the Americas
New York, NY  10036-6710

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

Adrian M. Pruetz
Andrew M. Berdon
Edward J. DeFranco
Eric Huang
QUINN, EMANUEL, URQUHART,
OLIVER & HEDGES, LLP
335 Madison Avenue, 17th Floor
New York, New York 10017
(212) 702-8100

By: _____
    Philip A. Rovner (#3215)
    Hercules Plaza
    P. O. Box 951
    Wilmington, Delaware 19899
    (302) 984-6000

Attorneys for Plaintiff
Reliant Pharmaceuticals, Inc.

Dated:  March 15, 2005
673988

## CERTIFICATE OF SERVICE

I hereby certify that, on March 15, 2005, I electronically filed the foregoing document

with the Clerk of the Court by using CM/ECF, which will send electronic notification of such

filings, and in the manner indicated below. The documents are available for viewing and

downloading from CM/ECF:

## BY HAND DELIVERY

Mary B. Graham, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards Layton & Finger
One Rodney Square
Wilmington, DE  19899

## BY FIRST CLASS MAIL

William F. Cavanaugh, Jr., Esq.
Eugene M. Gelernter, Esq.
Patterson, Belknap, Webb Tyler LLP
1133 Avenue of the Americas
New York, NY  10036-6710

Charles D. Ossola, Esq.
Donald O. Beers, Esq.
Arnold & Porter
555 Twelfth Street, NW
Washington, DC 20004-1202

Timothy C. Bickham, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795

Philip A. Rovner