IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, an Illinois corporation, and LABORATOIRES FOURNIER, S.A., a French corporation,<br><br>Defendants. | Civil Action No. 04-350-KAJ |

## NOTICE OF SERVICE

I, Anne Shea Gaza, hereby certify that copies of Defendant Laboratoires Fournier S.A.'s Responses to Plaintiff Reliant Pharmaceuticals, Inc.'s Second Set of Requests for the Production of Documents and Things (Nos. 38-69) to Defendant Laboratoires Fournier S.A. were served on March 14, 2005 upon the following counsel of record in the manner indicated below:

**VIA HAND DELIVERY**

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Post Office Box 1347
Wilmington, Delaware 19899-1347

Philip A. Rovner, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**

William F. Cavanaugh, Esquire
Eugene M. Gelernter, Esquire
Chad J. Peterman, Esquire
Patterson, Belklap, Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Andrew M. Berdon, Esquire
Edward DeFranco, Esquire
Quinn, Emanuel, Urquhart, Oliver
 & Hedges LLP
335 Madison Avenue
New York, NY 10017

RLF1-2852912-1

|  |  |
|---|---|
| | *Anne Shea Gaza* |
| OF COUNSEL.: | Frederick L. Cottrell, III (#2555) |
| | Anne Shea Gaza (#4093) |
| Charles D. Ossola | Richards, Layton & Finger, P.A. |
| Leslie Hill | P.O. Box 551 |
| Arnold & Porter | One Rodney Square |
| 555 Twelfth Street, N.W. | Wilmington, DE 19899 |
| Washington, DC 20004-1202 | (302) 651-7700 |
| (202) 942-5000 | Cottrell@rlf.com |
| | Gaza@rlf.com |
| Mark R. Shanks |   Attorneys for Defendant Laboratories |
| Shanks & Herbert |   Fournier, S.A. |
| 1033 N. Fairfax Street | |
| Alexandria, VA 22314 | |
| (703) 683-3600 | |

Timothy C. Bickham
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
(202) 429-5517

Dated: March 16, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2005, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Mary B. Graham, Esquire | Philip A. Rovner, Esquire |
| Morris, Nichols, Arsht & Tunnell | Potter, Anderson & Corroon LLP |
| 1201 North Market Street | 1313 N. Market Street |
| Post Office Box 1347 | P.O. Box 951 |
| Wilmington, Delaware 19899-1347 | Wilmington, DE 19899 |

I hereby certify that on March 16, 2005, I have sent by Federal Express the foregoing document to the following non-registered participants:

| | |
|---|---|
| William F. Cavanaugh, Esquire | Andrew M. Berdon, Esquire |
| Eugene M. Gelernter, Esquire | Edward DeFranco, Esquire |
| Chad J. Peterman, Esquire | Quinn, Emanuel, Urquhart, Oliver |
| Patterson, Belklap, Webb & Tyler, LLP | & Hedges LLP |
| 1133 Avenue of the Americas | 335 Madison Avenue |
| New York, NY 10036-6710 | New York, NY 10017 |

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
GAZA@rlf.com

RLF1-2851730-1