IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, an Illinois corporation, and LABORATOIRES FOURNIER, S.A., a French corporation,<br><br>       Defendants. | Civil Action No. 04-350-KAJ |

## NOTICE OF SERVICE

I, Anne Shea Gaza, hereby certify that copies of Defendant Laboratoires Fournier S.A.'s First Set of Interrogatories (Nos. 1-9) to Plaintiff Reliant Pharmaceuticals, Inc. were served on March 31, 2005 upon the following counsel of record in the manner indicated below:

**VIA HAND DELIVERY**

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Post Office Box 1347
Wilmington, Delaware 19899-1347

Philip A. Rovner, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**

William F. Cavanaugh, Esquire
Eugene M. Gelernter, Esquire
Chad J. Peterman, Esquire
Patterson, Belknap, Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Andrew M. Berdon, Esquire
Edward DeFranco, Esquire
Quinn, Emanuel, Urquhart, Oliver
 & Hedges LLP
335 Madison Avenue
New York, NY 10017

RLF1-2858241-1

|  |  |
|---|---|
| OF COUNSEL:<br><br>Charles D. Ossola<br>Leslie Hill<br>Arnold & Porter<br>555 Twelfth Street, N.W.<br>Washington, DC 20004-1202<br>(202) 942-5000<br><br>Mark R. Shanks<br>Shanks & Herbert<br>1033 N. Fairfax Street<br>Alexandria, VA 22314<br>(703) 683-3600<br><br>Timothy C. Bickham<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036-1795<br>(202) 429-5517<br><br>Dated: March 31, 2005 | */s/ Anne Shea Gaza*<br>Frederick L. Cottrell, III (#2555)<br>Anne Shea Gaza (#4093)<br>Richards, Layton & Finger, P.A.<br>P.O. Box 551<br>One Rodney Square<br>Wilmington, DE 19899<br>(302) 651-7700<br>Cottrell@rlf.com<br>Gaza@rlf.com<br>  Attorneys for Defendant Laboratories<br>  Fournier, S.A. |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2005, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Post Office Box 1347
Wilmington, Delaware 19899-1347

Philip A. Rovner, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

I hereby certify that on March 31, 2005, I have sent by Federal Express the foregoing document to the following non-registered participants:

William F. Cavanaugh, Esquire
Eugene M. Gelernter, Esquire
Chad J. Peterman, Esquire
Patterson, Belklap, Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Andrew M. Berdon, Esquire
Edward DeFranco, Esquire
Quinn, Emanuel, Urquhart, Oliver
 & Hedges LLP
335 Madison Avenue
New York, NY 10017

Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
GAZA@rlf.com

RLF1-2851730-1