IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABBOTT LABORATORIES and ) <br> LABORATOIRES FOURNIER, S.A., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 04-350 (KAJ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Defendant Abbott Laboratories' Supplemental Responses To Plaintiff Reliant Pharmaceuticals, Inc.'s Interrogatories Nos. 1, 3 and 15 To Defendant Abbott Laboratories* AND *Defendant Abbott Laboratories' Supplemental Responses To Plaintiff Reliant Pharmaceuticals, Inc.'s First Set Of Requests For The Production Of Documents And Things (Nos. 25, 26, 28-31) To Defendant Abbott Laboratories* were caused to be served on May 13, 2005 upon the following in the manner indicated:

**BY HAND**

| | |
|---|---|
| Frederick L. Cottrell, III <br> RICHARDS, LAYTON & FINGER <br> One Rodney Square <br> Wilmington, DE 19801 | Philip A. Rovner <br> POTTER ANDERSON & CORROON LLP <br> 1313 N. Market Street <br> Wilmington, DE 19801 |

**BY FACSIMILE**

| | |
|---|---|
| Andrew M. Berdon <br> QUINN, EMANUEL, URQUHART, <br> OLIVER & HEDGES, LLP <br> 335 Madison Avenue, 17th Floor <br> New York, NY 10017 | Charles D. Ossola <br> Leslie M. Hill <br> ARNOLD & PORTER LLP <br> 555 Twelfth Street, N.W. <br> Washington, DC 20004-1202 |

                            MORRIS, NICHOLS, ARSHT & TUNNELL

                            */s/ Mary B. Graham*

                            _____
                            Mary B. Graham (#2256)
                            James W. Parrett, Jr. (#4292)
                            1201 N. Market Street
                            P.O. Box 1347
                            Wilmington, DE 19801
                            (302) 658-9200
                            *Attorneys for Abbott Laboratories*

OF COUNSEL:

William F. Cavanaugh, Jr.
Eugene M. Gelernter
Chad J. Peterman
Alexis Gander
PATTERSON, BELKNAP, WEBB TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
(212) 336-2000

May 16, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

Frederick L. Cottrell, III  
RICHARDS, LAYTON & FINGER  
One Rodney Square  
Wilmington, DE  19801  

Philip A. Rovner  
POTTER ANDERSON & CORROON LLP  
1313 N. Market Street  
Wilmington, DE  19801  

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 16, 2005 upon the following individuals in the manner indicated:

**BY HAND**

Frederick L. Cottrell, III  
RICHARDS, LAYTON & FINGER  
One Rodney Square  
Wilmington, DE  19801  

Philip A. Rovner  
POTTER ANDERSON & CORROON LLP  
1313 N. Market Street  
Wilmington, DE  19801  

**BY FACSIMILE**

Andrew M. Berdon  
QUINN, EMANUEL, URQUHART,  
OLIVER & HEDGES, LLP  
335 Madison Avenue, 17th Floor  
New York, NY  10017  

Charles D. Ossola  
Leslie M. Hill  
ARNOLD & PORTER LLP  
555 Twelfth Street, N.W.  
Washington, DC  20004-1202  

*/s/ Mary B. Graham*

Mary B. Graham, Esquire