IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., <br> Plaintiff, <br><br> v. <br><br> ABBOTT LABORATORIES and <br> LABORATOIRES FOURNIER S.A., <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 04-350 (KAJ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT the undersigned, counsel for Reliant Pharmaceuticals, Inc., hereby certifies that copies of the below documents were caused to be served on July 29, 2005 upon the following counsel of record as indicated:

PLAINTIFF RELIANT PHARMACEUTICALS, INC.'S THIRD SET OF INTERROGATORIES TO DEFENDANT LABORATOIRES FOURNIER S.A.

PLAINTIFF RELIANT PHARMACEUTICALS, INC.'S THIRD SET OF INTERROGATORIES TO DEFENDANT ABBOTT LABORATORIES

PLAINTIFF RELIANT PHARMACEUTICALS, INC.'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT LABORATOIRES FOURNIER S.A.

PLAINTIFF RELIANT PHARMACEUTICALS, INC.'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT ABBOTT LABORATORIES

### BY FACSIMILE AND FEDERAL EXPRESS

| | |
|---|---|
| Mary B. Graham, Esq. <br> Morris, Nichols, Arsht & Tunnell <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 | Frederick L. Cottrell, III, Esq. <br> Anne Shea Gaza, Esq. <br> Richards Layton & Finger <br> One Rodney Square <br> Wilmington, DE 19899 |

Charles D. Ossola, Esq.           Timothy C. Bickham, Esq.
Donald O. Beers, Esq.             Steptoe & Johnson LLP
Arnold & Porter                   1330 Connecticut Avenue, N.W.
555 Twelfth Street, NW            Washington, DC 20036-1795
Washington, DC 20004-1202

**BY HAND DELIVERY**

William F. Cavanaugh, Jr., Esq.
Eugene M. Gelernter, Esq.
Patterson, Belknap, Webb Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

                                  POTTER ANDERSON & CORROON LLP

OF COUNSEL:
                                  By: /s/ Philip A. Rovner
Adrian M. Pruetz                      Philip A. Rovner (#3215)
Andrew M. Berdon                      Hercules Plaza
Edward J. DeFranco                    P. O. Box 951
Eric Huang                            Wilmington, Delaware 19899
QUINN, EMANUEL, URQUHART,             (302) 984-6000
OLIVER & HEDGES, LLP                  E-mail: provner@potteranderson.com
335 Madison Avenue, 17th Floor
New York, New York 10017          Attorneys for Plaintiff
(212) 702-8100                    Reliant Pharmaceuticals, Inc.

Dated: August 1, 2005
692774

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I do hereby certify that, on August 1, 2005, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY**

Mary B. Graham, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards Layton & Finger
One Rodney Square
Wilmington, DE  19899

I hereby certify that on August 1, 2005, I have sent the document by First Class Mail, to the following non-registered participants:

William F. Cavanaugh, Jr., Esq.
Eugene M. Gelernter, Esq.
Patterson, Belknap, Webb Tyler LLP
1133 Avenue of the Americas
New York, NY  10036-6710

Timothy C. Bickham, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036-1795

Charles D. Ossola, Esq.
Donald O. Beers, Esq.
Leslie Hill, Esq.
Arnold & Porter
555 Twelfth Street, NW
Washington, DC 20004-1202

_____
Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000
E-mail: provner@potteranderson.com