# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

RELIANT PHARMACEUTICALS, INC.,     :
                                   :
                    Plaintiff,     :
                                   :
        v.                         :     Civil Action No. 04-350-KAJ
                                   :
ABBOTT LABORATORIES and            :
LABORATORIES FOURNIER S.A.,        :
                                   :
                    Defendants.    :

## ORDER

At Wilmington this **9th** day of **August, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, January 4, 2006 at 9:15 a.m.** with Magistrate Judge Thynge to discuss the status of the case and the parties' interest in court-assisted ADR. **Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE