

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Philip A. Rovner
provner@potteranderson.com
302 984-6140 Direct Phone
302 658-1192 Fax

August 15, 2005

**BY E-FILE**

The Honorable Kent A. Jordan
United States District Judge
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

   Re: Reliant Pharmaceuticals Inc. v. Abbott Laboratories,
     and Laboratoires Fournier S.A.,
     <u>D. Del., C.A. No. 04-350-KAJ</u>

Dear Judge Jordan:

  The parties jointly submit the enclosed proposed Stipulated Protective Order for Your Honor's review and approval.

  Counsel are available at the Court's convenience should Your Honor have any questions.

          Respectfully,

          Philip A. Rovner

PAR/mes/694815
Encl.
cc: Clerk of the Court – (w/encl.) – by e-file and hand delivery
   Mary B. Graham, Esq. (w/encl.) – by e-file and hand delivery
   Frederick L. Cottrell, III, Esq. (w/encl.) – by e-file and hand delivery