# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL
(302) 651-7509
COTTRELL@RLF.COM

August 22, 2005

**BY HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
Federal Building
844 King Street
Wilmington, Delaware 19801

RE: Reliant Pharmaceuticals, Inc. v. Abbott Laboratories, et al.,
C.A. No. 04-0350 (KAJ) (Consolidated)

Dear Judge Jordan:

We write today in advance of the status teleconference with the Court scheduled for August 31, 2005 at 3:30 p.m. to provide an interim status report. The current status of discovery is as follows.

The parties have served several rounds of written discovery. Plaintiff has produced over 15,000 pages of its NDA on an "attorneys eyes only" basis. The Stipulated Protective Order was filed on August 15, 2005. The parties expect to exchange documents on September 7, 2005. The parties have discussed the scheduling of fact witness depositions and will be exchanging lists of requested fact witnesses. Fact discovery is scheduled to close on October 14, 2005.

The parties have discussed and agree that, after the exchange of documents, more time may be required to complete discovery. To that end, the parties intend to provide a status report to the Court on September 16, 2005 and may seek at that time a revised schedule to accommodate completion of discovery. Additional time will likely be necessary to complete document discovery and secure depositions of foreign witnesses.

Respectfully,

*[signature]*

Frederick L. Cottrell, III


/s/ Mary B. Graham
Mary B. Graham


/s/ Philip A. Rovner
Philip A. Rovner


cc:   Clerk of the Court (By Hand)
      Andrew M. Berdon, Esq. (By Facsimile)
      Edward DeFranco, Esq. (By Facsimile)
      Eric Huang, Esq. (By Facsimile)
      William F. Cavanaugh, Esq. (By Facsimile)
      Chad J. Peterman, Esq. (By Facsimile)
      Charles D. Ossola, Esq. (By Facsimile)
      Leslie M. Hill, Esq. (By Facsimile)
      Timothy C. Bickham, Esq. (By Facsimile)

RLF1-2913460-1