IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 AUG 23  AM 10: 09

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> ABBOTT LABORATORIES, an Illinois corporation, and LABORATOIRES FOURNIER S.A., a French corporation, <br><br> Defendants. | Civil Action No. 04-350-KAJ |

### ORDER

At Wilmington this **23rd** day of **August, 2005**,

IT IS ORDERED that the status teleconference presently set for **August 29, 2005 at 4:30 p.m.** is hereby rescheduled to **August 31, 2005 at 3:30 p.m.** Counsel for Plaintiff shall initiate the call.



UNITED STATES DISTRICT JUDGE