IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>ABBOTT LABORATORIES and )<br>LABORATOIRES FOURNIER S.A., )<br>    Defendants. ) | Civil Action No. 04-350 (KAJ) |

**NOTICE OF DEPOSITION PURSUANT TO**
**FED. R. CIV. P. 30 OF PAWAN SETH**

PLEASE TAKE NOTICE that, plaintiff Reliant Pharmaceuticals, Inc. ("Reliant"), shall take the deposition upon oral examination of Pawan Seth pursuant to Rule 30 of the Federal Rules of Civil Procedure. The deposition will commence on October 7, 2005 at 9:00 a.m. at the offices of Quinn Emanuel Urquhart Oliver & Hedges LLP, 865 S. Figueroa Street, Los Angeles, CA 90017, or at a date and at a time to be mutually agreed upon by counsel. The deposition will continue from day to day until completed and will be recorded by videotape or stenographic means or both. You are invited to attend and cross-examine.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Adrian M. Pruetz<br>Andrew M. Berdon<br>Edward J. DeFranco<br>Eric Huang<br>QUINN, EMANUEL, URQUHART,<br>OLIVER & HEDGES, LLP<br>335 Madison Avenue, 17th Floor<br>New York, New York 10017<br>(212) 702-8100 | By: _____<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, Delaware 19899<br>(302) 984-6000<br>E-mail: provner@potteranderson.com<br><br>Attorneys for Plaintiff<br>Reliant Pharmaceuticals, Inc. |

Dated: September 2, 2005
697459

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I do hereby certify that, on September 2, 2005, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY

Mary B. Graham, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19899

I hereby certify that on September 2, 2005, I have sent the document by Federal Express, to the following non-registered participants:

William F. Cavanaugh, Jr., Esq.
Eugene M. Gelernter, Esq.
Patterson, Belknap, Webb Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Timothy C. Bickham, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795

Charles D. Ossola, Esq.
Donald O. Beers, Esq.
Leslie Hill, Esq.
Arnold & Porter
555 Twelfth Street, NW
Washington, DC 20004-1202

Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: provner@potteranderson.com