IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., <br> Plaintiff, <br> <br> v. <br> <br> ABBOTT LABORATORIES and <br> LABORATOIRES FOURNIER S.A., <br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 04-350 (KAJ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, a subpoena, attached hereto as Exhibit 1, is being served on Pharma Pass, Inc., 15375 Barranca Parkway, Irvine, CA 92618.

The documents identified in Schedule "A" to the Subpoena shall be produced by Pharma Pass, Inc. to counsel for plaintiff Reliant Pharmaceuticals, Inc. on September 16, 2005 at 11:00 a.m. at the offices of Quinn Emanuel Urquhart Oliver & Hedges LLP, 335 Madison Avenue, New York, NY 10017.

OF COUNSEL:

Adrian M. Pruetz
Andrew M. Berdon
Edward J. DeFranco
Eric Huang
QUINN, EMANUEL, URQUHART,
OLIVER & HEDGES, LLP
335 Madison Avenue, 17th Floor
New York, New York 10017
(212) 702-8100

Dated: September 2, 2005
697468

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
  Philip A. Rovner (#3215)
  Hercules Plaza
  P. O. Box 951
  Wilmington, Delaware 19899
  (302) 984-6000
  E-mail: provner@potteranderson.com

Attorneys for Plaintiff
Reliant Pharmaceuticals, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I do hereby certify that, on September 2, 2005, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF

**BY HAND DELIVERY**

Mary B. Graham, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19899

I hereby certify that on September 2, 2005, I have sent the document by Federal Express, to the following non-registered participants:

William F. Cavanaugh, Jr., Esq.
Eugene M. Gelernter, Esq.
Patterson, Belknap, Webb Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Timothy C. Bickham, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795

Charles D. Ossola, Esq.
Donald O. Beers, Esq.
Leslie Hill, Esq.
Arnold & Porter
555 Twelfth Street, NW
Washington, DC 20004-1202

_____
Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: provner@potteranderson.com