IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., )<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABBOTT LABORATORIES and )<br>LABORATOIRES FOURNIER S.A., )<br>Defendants. ) | Civil Action No. 04-350 (KAJ) |

**NOTICE OF DEPOSITION PURSUANT TO**
**FED. R. CIV. P. 30 OF EDWARD D. GRIEFF, ESQ.**

PLEASE TAKE NOTICE that, plaintiff Reliant Pharmaceuticals, Inc. ("Reliant"), will take the deposition upon oral examination of Edward D. Grieff, Esq. pursuant to Rule 30 of the Federal Rules of Civil Procedure. The deposition will commence on October 18, 2005 at 9:00 a.m. at the offices of Venable LLP, 575 7th Street, NW, Washington, DC 20004, or at a date and at a time to be mutually agreed upon by counsel. The deposition will continue from day to day until completed and will be recorded by videotape or stenographic means or both. You are invited to attend and cross-examine.

OF COUNSEL:

Adrian M. Pruetz
Andrew M. Berdon
Edward J. DeFranco
Eric Huang
QUINN, EMANUEL, URQUHART,
OLIVER & HEDGES, LLP
335 Madison Avenue, 17th Floor
New York, New York 10017
(212) 702-8100

Dated: September 7, 2005
697727

POTTER ANDERSON & CORROON LLP

By: _____
    Philip A. Rovner (#3215)
    Hercules Plaza
    P. O. Box 951
    Wilmington, Delaware 19899
    (302) 984-6000
    E-mail: provner@potteranderson.com

Attorneys for Plaintiff
Reliant Pharmaceuticals, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I do hereby certify that, on September 7, 2005, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY

Mary B. Graham, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19899

I hereby certify that on September 7, 2005, I have sent the document by Federal Express, to the following non-registered participants:

William F. Cavanaugh, Jr., Esq.
Eugene M. Gelernter, Esq.
Patterson, Belknap, Webb Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Timothy C. Bickham, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795

Charles D. Ossola, Esq.
Donald O. Beers, Esq.
Leslie Hill, Esq.
Arnold & Porter
555 Twelfth Street, NW
Washington, DC 20004-1202

_____
Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: provner@potteranderson.com