IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RELIANT PHARMACEUTICALS, INC.,
       Plaintiff,               )
                                   )

          v.                     )
                                   )   Civil Action No. 04-350 (KAJ)

ABBOTT LABORATORIES and         )
LABORATOIRES FOURNIER S.A.,     )
       Defendants.        )
                                   )

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, a

subpoena, attached hereto as Exhibit 1, is being served on Wilmer Cutler Pickering Hale

and Dorr LLP, 1455 Pennsylvania Avenue, NW, Washington, DC 20004.

The documents identified in Schedule "A" to the Subpoena shall be produced by

Wilmer Cutler Pickering Hale and Dorr LLP to counsel for plaintiff Reliant

Pharmaceuticals, Inc. on or before September 22, 2005 at 11:00 a.m. at the offices of

Quinn Emanuel Urquhart Oliver & Hedges LLP, 335 Madison Avenue, New York, NY

10017.

OF COUNSEL:

Adrian M. Pruetz
Andrew M. Berdon
Edward J. DeFranco
Eric Huang
QUINN, EMANUEL, URQUHART,
OLIVER & HEDGES, LLP
335 Madison Avenue, 17th Floor
New York, New York 10017
(212) 702-8100

Dated:  September 7, 2005
697716

POTTER ANDERSON & CORROON LLP

By: _____
     Philip A. Rovner (#3215)
     Hercules Plaza
     P. O. Box 951
     Wilmington, Delaware 19899
     (302) 984-6000
     E-mail: provner@potteranderson.com

Attorneys for Plaintiff
Reliant Pharmaceuticals, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I do hereby certify that, on September 7, 2005, the within document was filed with the

Clerk of Court using CM/ECF which will send notification of such filing to the following; that

the document was served on the following counsel as indicated; and that the document is

available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY

Mary B. Graham, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards Layton & Finger
One Rodney Square
Wilmington, DE  19899

I hereby certify that on September 7, 2005, I have sent the document by Federal

Express, to the following non-registered participants:

William F. Cavanaugh, Jr., Esq.
Eugene M. Gelernter, Esq.
Patterson, Belknap, Webb Tyler LLP
1133 Avenue of the Americas
New York, NY  10036-6710

Charles D. Ossola, Esq.
Donald O. Beers, Esq.
Leslie Hill, Esq.
Arnold & Porter
555 Twelfth Street, NW
Washington, DC 20004-1202

Timothy C. Bickham, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795

Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000
E-mail: provner@potteranderson.com