IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | C. A. No. 04-350-KAJ |
| ) | |
| v. ) | |
| ) | |
| ABBOTT LABORATORIES, an Illinois ) | |
| corporation, and LABORATOIRES FOURNIER ) | |
| S.A., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AMENDING SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Reliant Pharmaceuticals, Inc. ("Reliant") and counsel for defendants Abbott Laboratories and Laboratoires Fournier, S.A. ("Defendants"), and subject to the approval of the Court, that the Scheduling Order, dated November 29, 2004 (D.I. 36) (the "Scheduling Order") is hereby amended as follows:

3. Discovery.

   c. Discovery Cut Off. All fact discovery in this case shall be initiated so that it will be completed on or before January 27, 2006. All expert discovery shall be completed by February 10, 2006.

   d. Disclosure of Expert Testimony. The parties shall file their initial Federal Rule of Civil Procedure 26(a)(2) disclosures of expert testimony on or before January 13, 2006 and rebuttal expert reports on or before January 27, 2006.

   11. Claim Construction Issue Identification. The parties shall exchange a list of those claim terms(s)/phrases(s) that they believe need construction and their proposed claim construction of those term(s)/phrase(s) on February 3, 2006.

The Rule 16 Scheduling Order shall be otherwise unaffected, and shall remain in full force and effect.

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| /s/ Philip A. Rovner<br>By: _____<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>E-mail: provner@potteranderson.com | /s/ Mary B. Graham<br>By: _____<br>Mary B. Graham (#2256)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801<br>(302) 658-9200<br>E-mail: mgraham@mnat.com |
| Attorneys for Plaintiff<br>Reliant Pharmaceuticals, Inc. | Attorneys for Defendant<br>Abbott Laboratories |
| Dated: September 14, 2005 | Dated: September 14, 2005 |

RICHARDS, LAYTON & FINGER

/s/ Frederick L. Cottrell, III

By: _____
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
One Rodney Square
Wilmington, DE 19899
(302) 651-7700
E-mail: Cottrell@rlf.com

Attorneys for Defendant
Laboratoires Fournier, S.A.

Dated: September 14, 2005

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

697897