IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABBOTT LABORATORIES and ) <br> LABORATOIRES FOURNIER, S.A., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 04-350 (KAJ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Defendant Abbott Laboratories' Responses To Plaintiff Reliant Pharmaceuticals, Inc.'s Third Set of Interrogatories to Defendant AND Defendant Abbott Laboratories' Responses To Plaintiff Reliant Pharmaceuticals, Inc.'s Third Set Of Requests For The Production Of Documents And Things (Nos. 70-73) To Defendant Abbott Laboratories* were caused to be served on September 14, 2005 upon the following in the manner indicated:

### BY HAND

Frederick L. Cottrell, III
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE  19801

Philip A. Rovner
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE  19801

### BY FACSIMILE

Andrew M. Berdon
QUINN, EMANUEL, URQUHART,
OLIVER & HEDGES, LLP
335 Madison Avenue, 17th Floor
New York, NY  10017

Charles D. Ossola
Leslie M. Hill
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC  20004-1202

        MORRIS, NICHOLS, ARSHT & TUNNELL

        */s/ Mary B. Graham*
        _____
        Mary B. Graham (#2256)
        James W. Parrett, Jr. (#4292)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19801
        (302) 658-9200

        *Attorneys for Abbott Laboratories*

OF COUNSEL:

William F. Cavanaugh, Jr.
Eugene M. Gelernter
Chad J. Peterman
Alexis Gander
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
(212) 336-2000

September 14, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

Frederick L. Cottrell, III
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE  19801

Philip A. Rovner
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on September 14, 2005 upon the following individuals in the manner indicated:

**BY HAND**

Frederick L. Cottrell, III
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE  19801

Philip A. Rovner
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE  19801

**BY FACSIMILE**

Andrew M. Berdon
QUINN, EMANUEL, URQUHART,
OLIVER & HEDGES, LLP
335 Madison Avenue, 17th Floor
New York, NY  10017

Charles D. Ossola
Leslie M. Hill
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC  20004-1202

*/s/ Mary B. Graham*

Mary B. Graham, Esquire