IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, an Illinois corporation, and LABORATOIRES FOURNIER, S.A., a French corporation,<br><br>Defendants. | Civil Action No. 04-350-KAJ |

## NOTICE OF SERVICE

I, Anne Shea Gaza, hereby certify that copies of Defendant Laboratoires Fournier S.A.'s Responses to Plaintiff Reliant Pharmaceuticals, Inc.'s Third Set of Interrogatories (Nos. 24-27) to Defendant Laboratoires Fournier S.A. were served on September 14, 2005 upon the following counsel of record by electronic mail and facsimile:

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Post Office Box 1347
Wilmington, Delaware 19899-1347

Philip A. Rovner, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

William F. Cavanaugh, Esquire
Eugene M. Gelernter, Esquire
Chad J. Peterman, Esquire
Alexis A. Gander, Esquire
Patterson, Belknap, Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Andrew M. Berdon, Esquire
Edward DeFranco, Esquire
Eric Huang, Esquire
Quinn, Emanuel, Urquhart, Oliver
 & Hedges LLP
335 Madison Avenue
New York, NY 10017

OF COUNSEL:

Charles D. Ossola
Leslie Hill
Arnold & Porter
555 Twelfth Street, N.W.
Washington, DC 20004-1202
(202) 942-5000

Mark R. Shanks
Shanks & Herbert
1033 N. Fairfax Street
Alexandria, VA 22314
(703) 683-3600

Timothy C. Bickham
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
(202) 429-5517

Dated: September 15, 2005

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, DE 19899
(302) 651-7700
Cottrell@rlf.com
Gaza@rlf.com
   Attorneys for Defendant Laboratories
   Fournier, S.A.

RLF1-2875915-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2005, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Post Office Box 1347
Wilmington, Delaware 19899-1347

Philip A. Rovner, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

I hereby certify that on September 15, 2005, I have sent by Federal Express the foregoing document to the following non-registered participants:

William F. Cavanaugh, Esquire
Eugene M. Gelernter, Esquire
Chad J. Peterman, Esquire
Patterson, Belknap, Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Andrew M. Berdon, Esquire
Edward DeFranco, Esquire
Quinn, Emanuel, Urquhart, Oliver
  & Hedges LLP
335 Madison Avenue
New York, NY 10017

Frederick L. Cottrell, III (#2555)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
COTTRELL@rlf.com