IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABBOTT LABORATORIES and ) <br> LABORATOIRES FOURNIER S.A., ) <br>     Defendants. ) | Civil Action No. 04-350 (KAJ) |

## RELIANT'S MOTION TO ISSUE LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (FRANCE)

Plaintiff Reliant Pharmaceuticals, Inc. ("Reliant"), by its undersigned counsel, hereby moves the Court for an Order (attached as Tab 1) granting this motion and issuing the Letters of Request (attached as Tabs 2, 3, 4, and 5) requesting international judicial assistance in France to take discovery in this case, pursuant to Rule 28(b), Fed.R. Civ. P.

Based upon Abbott Laboratories' and Laboratoires Fournier S.A.'s disclosures, discovery obtained to date, and Reliant's investigation, Reliant has believes that Francois Pochart, Andre Stamm, Maurice Tendero, and Philippe Reginault all have information relevant to this litigation.

Francois Pochart is an attorney employed at the French law firm of Cabinet Hirsch and was substantively involved in prosecution of the patents-in-suit as well as the French priority application. He prepared the French patent application upon which the patents-in-suit claim priority. In addition, he drafted responses to office actions by the United States Patent and Trademark Office ("PTO"), participated in PTO interviews, and may have drafted the applications for the patents-in-suit.

Andre Stamm is a named inventor of the four patents-in-suit and performed dissolution tests that are referred to and relied upon in the patents-in-suit.

Philippe Reginault provided a declaration to the U.S. Patent and Trademark Office during prosecution of one of the patents in suit, U.S. Patent No. 6,652,881 ("the '881 patent"), to overcome a prior art rejection over the U.S. Patent No. 4,800,079 ("the '079 patent"). The '079 patent was also the basis for rejection during prosecution of the other three patents-in-suit. His declaration contained dissolution data purporting to distinguish embodiments of the alleged invention over embodiments of the '079 patent.

Maurice Tendero served as project manager for Fournier's fenofibrate tablets. Mr. Tendero was involved, *inter alia*, in the decision regarding which dissolution medium should be used to distinguish the alleged invention over embodiments of the '726 patent.

Reliant is informed and believes that Francois Pochart, Andre Stamm, Maurice Tendero, and Philippe Reginault are French nationals residing in France, and they cannot be compelled to provide evidence in the absence of compliance with the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters. Reliant and defendants have met and conferred in compliance with D. Del. L.R. 7.1.1. Defendants do not oppose Reliant's motion to issue letters of request for international judicial assistance. Defendants have reserved the right to object to the scope of the discovery sought from Francois Pochart, Andre Stamm, Maurice Tendero, and Philippe Reginault.

Accordingly, Reliant requests that this Court issue the attached Letters of Request, and that the executed Letters be returned to counsel for Reliant for delivery to the proper authority.

OF COUNSEL:

Adrian M. Pruetz
Andrew M. Berdon
Edward J. DeFranco
Eric Huang
QUINN, EMANUEL, URQUHART,
OLIVER & HEDGES, LLP
335 Madison Avenue, 17th Floor
New York, New York 10017
(212) 702-8100

Dated: October 25, 2005
704790

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
Philip A. Rovner (#3215)
Hercules Plaza
P. O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

Attorneys for Plaintiff
Reliant Pharmaceuticals, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., <br> Plaintiff, | ) <br> ) <br> ) | |
| v. | ) <br> ) | Civil Action No. 04-350 (KAJ) |
| ABBOTT LABORATORIES and <br> LABORATOIRES FOURNIER S.A., <br> Defendants. | ) <br> ) <br> ) | |

### RULE 7.1.1 CERTIFICATION

Reliant and defendants have met and conferred in compliance with D. Del. L.R. 7.1.1. Defendants do not oppose this motion; however they do not agree that the factual assertions contained in Reliant's motion or Letters of Request are accurate.

_____
Philip A. Rovner (#3215)
E-mail: provner@potteranderson.com

Date: October 25, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I do hereby certify that, on October 25, 2005, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY

Mary B. Graham, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19899

I hereby certify that on October 25, 2005, I have sent the document by Federal Express, to the following non-registered participants:

William F. Cavanaugh, Jr., Esq.
Eugene M. Gelernter, Esq.
Patterson, Belknap, Webb Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Timothy C. Bickham, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795

Charles D. Ossola, Esq.
Donald O. Beers, Esq.
Leslie Hill, Esq.
Arnold & Porter
555 Twelfth Street, NW
Washington, DC 20004-1202

_____
Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: provner@potteranderson.com