**TAB 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-350 (KAJ) |
| ABBOTT LABORATORIES and LABORATOIRES FOURNIER S.A., Defendants. | ) ) ) ) | |

**ORDER**

AND NOW, this _____ day of _____, 2005, the following is ordered:

Plaintiff Reliant Pharmaceuticals, Inc.'s application for Letters Rogatory requesting assistance from the appropriate judicial authority of France for the taking of the depositions of and/or the production of documents by Francois Pochart, Andre Stamm, Maurice Tendero, and Philippe Reginault is granted. The executed Letters Rogatory with the Seal of the Court are attached. Reliant shall forward the Letters Rogatory and any and all necessary translations and copies to the appropriate authorities.

Date_____    _____
Kent A. Jordan
United States District Judge