IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABBOTT LABORATORIES and ) <br> LABORATOIRES FOURNIER S.A., ) <br>     Defendants. ) | Civil Action No. 04-350 (KAJ) |

**ORDER**

AND NOW, this 26th day of Oct., 2005, the following is ordered:

Plaintiff Reliant Pharmaceuticals, Inc.'s application for Letters Rogatory requesting assistance from the appropriate judicial authority of France for the taking of the depositions of and/or the production of documents by Francois Pochart, Andre Stamm, Maurice Tendero, and Philippe Reginault is granted. The executed Letters Rogatory with the Seal of the Court are attached. Reliant shall forward the Letters Rogatory and any and all necessary translations and copies to the appropriate authorities.

Date 10/26/05

Kent A. Jordan  
United States District Judge