IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RELIANT PHARMACEUTICALS, INC., a Delaware corporation,

    Plaintiff,

v.

ABBOTT LABORATORIES, an Illinois corporation, and LABORATOIRES FOURNIER, S.A., a French corporation,

    Defendants.

Civil Action No. 04-350-KAJ

**DEFENDANTS' NOTICE TO TAKE RULE 30(B)(6) DEPOSITION OF PLAINTIFF RELIANT PHARMACEUTICALS, INC.**

TO:    Philip A. Rovner, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
Wilmington, Delaware 19801

Andrew Berdon, Esq.
Eric Huang, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges LLP
335 Madison Avenue
17th Floor
New York, New York 10017

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure (30(b)(6), Defendants, ABBOTT LABORATORIES and LABORATOIRES FOURNIER S.A. ("Fournier") (collectively, "Defendants"), shall take the deposition of RELIANT PHARMACEUTICALS, INC. ("Reliant"), commencing at 9:30 a.m. on January 10, 2006 at the offices of Patterson, Belknap, Webb & Tyler LLP, 1133 Avenue of the Americas, New York, New York 10036-6710, or such other place and time as may be agreed upon by counsel, and will continue from day to day until completed.

The deposition will be conducted upon oral examination in accordance with the Federal Rules of Civil Procedure before a Notary Public or other officer authorized by law to administer oath. The deposition will be recorded by stenographic means and may be recorded by videotape. The deposition will cover the following subjects in accordance with the Definition and Instructions set forth in Defendant Laboratoires Fournier S.A.'s First Set of Document Requests to Plaintiff Reliant:

**DEPOSITION TOPICS**

A.  New Drug Application ("NDA") 21-695 and any amendments and supplements thereto, including but not limited to the preparation of NDA 21-695, its contents and the origin(s) of its contents, internal communications relating thereto, the decision to submit certifications for patents listed for NDA 19-304, but not to submit certifications for the patents listed for NDA 21-203, any communications with the Food and Drug Administration ("FDA") or third parties relating to NDA 21-695.

B.  The research and development of Reliant's fenofibrate capsule product(s) that is the subject of NDA 21-695 and/or marketed in the United States under the tradename ANTARA™.

C.  The composition and properties of Reliant's fenofibrate capsule product(s) that is the subject of NDA 21-695, including without limitation, the physical structure of the product and the spatial arrangement of its constituents, the chemical properties of the product and its ingredients, starting materials and/or intermediates, and its pharmacological properties.

D.  Tests, analyses, experiments and studies regarding the composition or structure, chemical nature, or properties of (i) Reliant's fenofibrate capsule product(s) and (ii) any fenofibrate products manufactured or marketed by Abbott Laboratories and/or Fournier including

but not limited to dissolution testing, NMR analysis, electron microscopy, IR analysis and Raman spectroscopy.

  E. Preparation, filing, and prosecution of United States Patent 4,800,079 to Jean-François Boyer, United States Patent No. 4,961,890 to Jean-François Boyer, European Patent No. EP 0256933 B1 to Jean-François Boyer, and PCT Application No. WO 01/03693 to Bruno Criere *et al.*, or evaluation of the scope, validity, or infringement of such patents.

  F. Any opinions of counsel and legal advice, whether written or oral, sought or received by Reliant concerning the validity, infringement and/or enforceability of the United States Patent Nos. 6,074,670, 6,277,405, 6,589,552, and 6,652,881 (collectively, the "patents-in-suit") or any of the claims therein, including without limitation the bases for any assertion that the patents-in-suit or patent claims are invalid, not infringed or unenforceable.

  G. Reliant's receipt of and reliance on any opinions of counsel or legal advice, whether written or oral, concerning the validity, infringement and/or enforceability of the patents-in-suit or any of the claims therein, including but not limited to the identity of all persons within Reliant to whom any such opinions (in whole or in part) were communicated and how Reliant used any opinion of counsel (or any part thereof) in making any decision concerning its business, operations or conduct.

  H. The "Development, License And Supply Agreement" between Ethypharm, S.A. and Reliant Pharmaceuticals, Inc., dated May 7, 2001, and any amendments thereto, including but not limited to "Amendment No. 1" dated May 24, 2005.

| /s/ Mary B. Graham | /s/ Anne Shea Gaza |
|---|---|
| Mary B. Graham (#2256) | Frederick L. Cottrell, III (#2555) |
| mgraham@mnat.com | cottrell@rlf.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL | Anne Shea Gaza (# 4093) |
| 1201 North Market Street | gaza@rlf.com |
| P.O. Box 1347 | RICHARDS, LAYTON & FINGER |
| Wilmington, DE 19899 | One Rodney Square |
| Telephone: (302) 658-9200 | Wilmington, DE 19899 |
|  | (302) 651-7700 |

Attorneys for Defendant Abbott Laboratories

Attorneys for Defendant Laboratoires Fournier, S.A.

*Of Counsel:*

William F. Cavanaugh
Eugene M. Gelernter
Chad J. Peterman
Alexis A. Gander
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000

*Of Counsel:*

Charles D. Ossola
Leslie M. Hill
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1202
(202) 942-5000

Timothy C. Bickham
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
(202) 429-5517

Dated: November 18, 2005

4

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2005, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Philip A. Rovner, Esquire
> Potter, Anderson & Corroon LLP
> 1313 N. Market Street
> P.O. Box 951
> Wilmington, DE 19899

I hereby certify that on November 18, 2005, I have sent by Federal Express the foregoing document to the following non-registered participants:

> Andrew M. Berdon, Esquire
> Edward DeFranco, Esquire
> Quinn, Emanuel, Urquhart, Oliver
>  & Hedges LLP
> 335 Madison Avenue
> New York, NY 10017

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
GAZA@rlf.com

RLF1-2948085-1