IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-350 (KAJ) |
| ) | |
| ABBOTT LABORATORIES and ) | |
| LABORATOIRES FOURNIER S.A., ) | |
| ) | |
| Defendants. ) | |

### RELIANT'S MOTION TO ISSUE LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (FRANCE) TO SECURE DEPOSITION TESTIMONY OF HENRI NORMAND

Plaintiff Reliant Pharmaceuticals, Inc. ("Reliant"), by its undersigned counsel, hereby moves the Court for an Order (attached as Tab 1) granting this motion and issuing a Letter of Request (attached as Tab 2) requesting international judicial assistance in France to take discovery in this case, pursuant to Rule 28(b), Fed.R. Civ. P. The Court granted a previous motion for letters of request on October 26, 2005. This motion seeks an additional Letter of Request for discovery of a person not identified in the prior motion because the parties had not yet located him.

Based upon disclosures of Abbott Laboratories and Laboratoires Fournier S.A., discovery obtained to date, and Reliant's investigation, Reliant believes that Henri Normand has information relevant to this litigation. As an example, Henri Normand was Fournier's in-house counsel for intellectual property during the time the application for the first patent-in-suit was drafted and filed. Mr. Normand also discussed the alleged invention and whether to patent that alleged invention with Philippe Reginault (who worked on development of Fournier's

fenofibrate formulations and submitted a declaration to the U.S. Patent and Trademark Office in support of the application for the '881 patent). We believe Mr. Normand may have also been responsible for filing of the original French patent application FR 97 00479 from which the patents-in-suit claim priority.

Reliant is informed and believes that Henri Normand is a French national residing in France, and cannot be compelled to provide evidence in the absence of compliance with the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters. Reliant and defendants have met and conferred in compliance with D. Del. L.R. 7.1.1. Defendants do not oppose Reliant's motion to issue this letter of request for international judicial assistance. Defendants, however, have reserved the right to object to the scope of the discovery sought from Henri Normand.

Accordingly, Reliant requests that this Court issue the attached Letter of Request, and that the executed Letter be returned to counsel for Reliant for delivery to the proper authority.

OF COUNSEL:

Adrian M. Pruetz
Andrew M. Berdon
Edward J. DeFranco
Eric Huang
QUINN, EMANUEL, URQUHART,
OLIVER & HEDGES, LLP
335 Madison Avenue, 17th Floor
New York, New York 10017
(212) 702-8100

Dated: December 9, 2005
710585

POTTER ANDERSON & CORROON LLP

By: _____
Philip A. Rovner (#3215)
Hercules Plaza
P. O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

Attorneys for Plaintiff
Reliant Pharmaceuticals, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 04-350 (KAJ) |
| ABBOTT LABORATORIES and LABORATOIRES FOURNIER S.A., | ) ) ) ) |
| Defendants. | ) ) |

### RULE 7.1.1 CERTIFICATION

Reliant and defendants have met and conferred in compliance with D. Del. L.R. 7.1.1. Defendants consent to the filing of Reliant's motion. However, such consent does not constitute agreement on the part of the defendants that the factual assertions contained in Reliant's motion or Letters of Request are accurate.

_____
Philip A. Rovner
E-mail: provner@potteranderson.com

Dated: December 9, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I do hereby certify that, on December 9, 2005, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY

Mary B. Graham, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19899

I hereby certify that on December 9, 2005, I have sent the document by Federal Express, to the following non-registered participants:

William F. Cavanaugh, Jr., Esq.
Eugene M. Gelernter, Esq.
Patterson, Belknap, Webb Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Timothy C. Bickham, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795

Charles D. Ossola, Esq.
Donald O. Beers, Esq.
Leslie Hill, Esq.
Arnold & Porter
555 Twelfth Street, NW
Washington, DC 20004-1202

_____
Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: provner@potteranderson.com