IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., <br> Plaintiff, <br><br> v. <br><br> ABBOTT LABORATORIES and <br> LABORATOIRES FOURNIER S.A., <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 04-350 (KAJ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT the undersigned, counsel for Reliant Pharmaceuticals, Inc., hereby certifies that copies of the below documents were caused to be served on December 12, 2005 upon the following counsel of record as indicated:

PLAINTIFF RELIANT PHARMACEUTICALS, INC.'S FOURTH SET OF INTERROGATORIES TO DEFENDANT LABORATOIRES FOURNIER S.A.

PLAINTIFF RELIANT PHARMACEUTICALS, INC.'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT LABORATOIRES FOURNIER S.A.

PLAINTIFF RELIANT PHARMACEUTICALS, INC.'S FOURTH SET OF INTERROGATORIES TO DEFENDANT ABBOTT LABORATORIES

PLAINTIFF RELIANT PHARMACEUTICALS, INC.'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT ABBOTT LABORATORIES

### BY FACSIMILE AND FIRST CLASS MAIL

| | |
|---|---|
| Mary B. Graham, Esq. <br> Morris, Nichols, Arsht & Tunnell <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 | Frederick L. Cottrell, III, Esq. <br> Anne Shea Gaza, Esq. <br> Richards Layton & Finger <br> One Rodney Square <br> Wilmington, DE 19899 |

| | |
|---|---|
| Leslie M. Hill, Esq.<br>Arnold & Porter<br>555 Twelfth Street, NW<br>Washington, DC 20004-1202 | Timothy C. Bickham, Esq.<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036-1795 |

Chad J. Peterman, Esq.
Patterson, Belknap, Webb Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

Adrian M. Pruetz
Andrew M. Berdon
Edward J. DeFranco
Eric Huang
QUINN, EMANUEL, URQUHART,
OLIVER & HEDGES, LLP
335 Madison Avenue, 17th Floor
New York, New York 10017
(212) 702-8100

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P. O. Box 951
    Wilmington, Delaware 19899
    (302) 984-6000
    E-mail: provner@potteranderson.com

Attorneys for Plaintiff
Reliant Pharmaceuticals, Inc.

Dated: December 13, 2005
711234

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I do hereby certify that, on December 13, 2005, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY**

Mary B. Graham, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19899

I hereby certify that on December 13, 2005, I have sent the document by First Class Mail, to the following non-registered participants:

William F. Cavanaugh, Jr., Esq.
Eugene M. Gelernter, Esq.
Patterson, Belknap, Webb Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Timothy C. Bickham, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795

Charles D. Ossola, Esq.
Donald O. Beers, Esq.
Leslie Hill, Esq.
Arnold & Porter
555 Twelfth Street, NW
Washington, DC 20004-1202

/s/ Philip A. Rovner
Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: provner@potteranderson.com