## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-350 (KAJ) |
| | ) | |
| ABBOTT LABORATORIES and | ) | |
| LABORATOIRES FOURNIER S.A., | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT the undersigned, counsel for Reliant

Pharmaceuticals, Inc., hereby certifies that copies of the below documents were caused to

be served on December 27, 2005 upon the following counsel of record as indicated:

> PLAINTIFF RELIANT PHARMACEUTICALS, INC.'S SECOND SET
> OF REQUESTS FOR ADMISSION TO DEFENDANT ABBOTT
> LABORATORIES
>
> PLAINTIFF RELIANT PHARMACEUTICALS, INC.'S SECOND SET
> OF REQUESTS FOR ADMISSION TO DEFENDANT
> LABORATOIRES FOURNIER S.A.

### BY FACSIMILE AND OVERNIGHT DELIVERY

| | |
|---|---|
| Mary B. Graham, Esq. | Frederick L. Cottrell, III, Esq. |
| Morris, Nichols, Arsht & Tunnell | Anne Shea Gaza, Esq. |
| 1201 N. Market Street | Richards Layton & Finger |
| P.O. Box 1347 | One Rodney Square |
| Wilmington, DE  19899-1347 | Wilmington, DE  19899 |

Leslie M. Hill, Esq.
Arnold & Porter
555 Twelfth Street, NW
Washington, DC 20004-1202

Chad J. Peterman, Esq.
Patterson, Belknap, Webb Tyler LLP
1133 Avenue of the Americas
New York, NY  10036-6710

Timothy C. Bickham, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Adrian M. Pruetz
Andrew M. Berdon
Edward J. DeFranco
Eric Huang
QUINN, EMANUEL, URQUHART,
OLIVER & HEDGES, LLP
335 Madison Avenue, 17th Floor
New York, New York 10017
(212) 702-8100

Dated:  December 30, 2005
712790

By: /s/ Philip A. Rovner
        Philip A. Rovner (#3215)
        Hercules Plaza
        P. O. Box 951
        Wilmington, Delaware 19899
        (302) 984-6000
        E-mail: provner@potteranderson.com

Attorneys for Plaintiff
Reliant Pharmaceuticals, Inc.

2

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I do hereby certify that, on December 30, 2005, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY

Mary B. Graham, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19899

I hereby certify that on December 30, 2005, I have sent the document by First Class Mail, to the following non-registered participants:

William F. Cavanaugh, Jr., Esq.
Eugene M. Gelernter, Esq.
Patterson, Belknap, Webb Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Timothy C. Bickham, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795

Charles D. Ossola, Esq.
Donald O. Beers, Esq.
Leslie Hill, Esq.
Arnold & Porter
555 Twelfth Street, NW
Washington, DC 20004-1202

/s/ Philip A. Rovner
Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: provner@potteranderson.com