## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-350-KAJ |
| ABBOTT LABORATORIES and LABORATORIES FOURNIER S.A., | : |
| Defendants. | : |

## ORDER

At Wilmington this **4th** day of **January, 2006**.

As a result of the teleconference on January 4, 2006, counsel are to update the Court via email no later than January 30, 2006 regarding the progress (or lack thereof) of the parties' negotiations. Depending upon the report, thereafter further direction from the Court shall be provided.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE