

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
provner@potteranderson.com
302 984-6140 Direct Phone
302 658-1192 Fax

January 5, 2006

**VIA ELECTRONIC FILING**

Ms. Cheryl Stein
Secretary to The Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325 – Lockbox 10
Wilmington, DE 19801

> Re:    Reliant Pharmaceuticals, Inc. v. Abbott Laboratories and
> Laboratoires Fournier S.A., D. Del., C.A. No. 04-350-KAJ

Dear Ms. Stein:

        We represent plaintiff and counterclaim-defendant Reliant Pharmaceuticals, Inc. ("Reliant"). I write to confirm that a telephone conference has been scheduled for Monday, January 9, 2006, at 2:15 p.m. to address discovery issues that Reliant wishes to raise with the Court.

                                    Very truly yours,

                                    Philip A. Rovner

PAR/kgm/PAC/713649v1
cc:    Mary B. Graham, Esq.
       Frederick L. Cottrell, III, Esq.