

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
provner@potteranderson.com
302 984-6140 Direct Phone
302 658-1192 Fax

January 5, 2006

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325 – Lockbox 10
Wilmington, DE 19801

      Re:    Reliant Pharmaceuticals, Inc. v. Abbott Laboratories and
                Laboratoires Fournier S.A., D. Del., C.A. No. 04-350-KAJ

Dear Judge Jordan:

      Pursuant to Section 3(e) of the November 29, 2004 Scheduling Order (D.I. 36), I write on behalf of plaintiff and counterclaim defendant Reliant Pharmaceuticals, Inc., ("Reliant") to seek the Court's assistance to resolve a discovery dispute with Laboratoires Fournier S.A. ("Fournier"), one of the two defendants in the above-referenced matter. Reliant and Fournier have conferred but have been unable to resolve this dispute. Reliant respectfully requests that the Court enter an order compelling Fournier to provide the discovery discussed below or set a briefing schedule to allow the parties to fully brief this issue. A telephone conference to address these issues has been scheduled for Monday, January 9, 2006, at 2:15 p.m.

      Fournier has refused to produce documents and information concerning New Drug Application ("NDA") 19-304. NDA 19-304 is relevant to invalidity of the claims of the patents-in-suit. Reliant believes that these documents will demonstrate that Abbott's TRICOR 200 mg capsule product is prior art that invalidates the claims of the patents-in-suit.

      Abbott, through Orange Book patent listings with the Food & Drug Administration ("FDA"), has asserted that its second and third generation TRICOR products are covered by the patents-in-suit. Those products were approved for marketing by the FDA pursuant to Abbott's NDA 21-203 and NDA 21-656 respectively. Abbott's first generation TRICOR product was approved for marketing pursuant to NDA 19-304, originally filed by Fournier and later licensed

The Honorable Kent A. Jordan
January 5, 2006
Page 2

to Abbott. Neither Fournier nor Abbott have listed the patents-in-suit in the Orange Book for NDA 19-304.

Fournier received approval for NDA 19-304, as originally filed, in December 1993, for a non-micronized fenofibrate formulation. The originally approved product was never marketed in the United States. In June 1997, Fournier sought approval, through a supplement to NDA 19-304, for a new 200 mg micronized fenofibrate formulation. That new formulation was similar if not identical to Fournier's Lipanthyl 200M micronized fenofibrate capsule product, which was marketed in Europe at the time. Fournier secured approval of the supplement to NDA 19-304 in February 1998. The product was subsequently licensed to Abbott and marketed as the TRICOR 200 mg micronized fenofibrate capsule product. This product has since been discontinued by Abbott.

Reliant asserts that the TRICOR 200 mg capsule anticipates many claims of the patents-in-suit because the subject product of the supplement to NDA 19-304 is identical to the Lipanthyl 200M capsule product, which meets every limitation of the claims of the asserted patents.

Although Lipanthyl 200M was sold in Europe but apparently not offered for sale under that name in the United States, Reliant believes, notwithstanding Fournier's assertion to the contrary, that, in the context of preparing its supplement to NDA 19-304, Fournier provided samples of the 200 mg micronized product to patients in the United States for testing. If these samples were provided to patients for testing before January 1997, this testing likely constitutes a prior public use. Based on the timing of the filing of the supplement to NDA 19-304 in June 1997, Reliant believes that there is a high likelihood that samples were provided to patients for use in the United States. Reliant is entitled to investigate this product, the supplement to NDA 19-304, and such testing.

Reliant sought documents relating to the now-discontinued TRICOR 200 mg product and NDA 19-304 in at least Document Request Nos. 12, 13, 16, 20 and 21, served January 7, 2005. The parties exchanged documents in September 2005. Neither Fournier nor Abbott produced any part of NDA 19-304. Reliant also has sought deposition testimony of Fournier regarding Lipanthyl 200M and NDA 19-304 in Topics 39 and 51-53 of the Notice of Deposition of Fournier, served September 15, 2005. Abbott has represented that it has no information concerning the supplement to NDA 19-304 because it did not acquire rights in the product until after NDA 19-304 was approved. Fournier has stated that it will not produce documents or a witness concerning the TRICOR 200 mg product or NDA 19-304, arguing that such information is not relevant to any claim or defense in this action. Such evidence, however, is also likely to lead to the discovery of admissible evidence and is therefore discoverable here.

Fournier will likely argue that the probative value of the discovery sought should be weighed against its confidentiality. This discovery, however, relates to a drug that is two generations removed from the drug that Abbott and Fournier currently market as TRICOR in the

The Honorable Kent A. Jordan
January 5, 2006
Page 3

United States. Abbott stopped marketing it in September 2001, after its NDA 21-203 was approved. This discovery is not highly confidential or valuable. The confidentiality of the discovery sought will be adequately protected by the Stipulated Protective Order in this case and should not be cause to preclude discovery.

Given that discovery ends January 27 and that the parties are scheduling depositions in the month of January, Reliant respectfully asks the Court to compel Fournier to produce the supplement to NDA 19-304 and documents relating to the testing of the product for the supplement as soon as possible to enable Reliant to fully prepare its case.

Reliant is prepared to brief this issue fully should the Court deem it necessary.

Respectfully,

Philip A. Rovner

PAR/kgm/PAC/713690v1
cc:   Eric Huang (Quinn, Emanuel, Urquhart, Oliver & Hedges LLP)
      Leslie M. Hill (Arnold & Porter LLP)
      Eugene Gelernter (Patterson, Belknap, Webb & Tyler LLP)
      Mary B. Graham (Morris, Nichols, Arsht & Tunnell)
      Timothy C. Bickham (Steptoe & Johnson, LLP)
      Anne Shea Gaza (Richards Layton & Finger PA)