# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

January 6, 2006

**VIA HAND DELIVERY**
**& CM/ECF FILING**
The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   *Reliant Pharmaceuticals, Inc. v. Abbott Laboratories, et al.*,
      C.A. No. 04-350-KAJ

Dear Judge Jordan:

I write on behalf of Defendant Laboratoires Fournier S.A. ("Fournier") to address Reliant Pharmaceuticals, Inc.'s letter to the Court of January 5, 2006 (D.I. 102). A teleconference is scheduled with Your Honor for January 9, 2006 at 2:30 p.m.

In essence, Reliant seeks to review Fournier and Abbott's documents to determine whether the documents contain any possible discoverable or relevant information. This is contrary to the rules of discovery. The information Reliant demands does not bear on the validity of the patents-in-suit, would not otherwise lead to the discovery of admissible evidence, is voluminous, constitutes commercially sensitive information, and production at this late date would impose a significant burden upon Fournier.

Reliant seeks to compel production of Fournier and Abbott's NDA 19-304 (covering TriCor® capsules). The request is predicated upon Reliant's unsubstantiated belief that the information may possibly bear on validity of the patents. Reliant states that it "believes, notwithstanding Fournier's assertion to the contrary," that clinical testing was performed in the United States before January 1997 and that such testing, if it occurred, "likely constitutes prior public use." See Reliant's Letter of January 5, 2006 at 2 (D.I. 102). Not only is Reliant's allegation baseless, it is plainly wrong. In fact, Reliant was on notice that its argument was factually incorrect before Reliant filed its letter with the Court. See Letter from T. Bickham to E. Huang of January 5, 2006 (attached as Exhibit A).

RLF1-2966566-1

Honorable Kent A. Jordan
January 6, 2006
Page 2

      Reliant has acknowledged that clinical testing of Fournier and Abbott's 200 mg capsules that are the subject of NDA 19-304 constitutes a potential anticipatory prior public use <u>only if</u> Fournier provided the capsules to patients in the United States for testing <u>before</u> January 17, 1997, the priority date of the patents-in-suit. Fournier has repeatedly represented to Reliant that no clinical trials -- or any other use of the micronized capsules -- took place within the United States until after NDA 19-304 was approved, <u>i.e.</u>, <u>after</u> February 9, 1998. Accordingly, the entire factual predicate for Reliant's insistence on access to the NDA -- that there may have been clinical testing or any other use in the United States prior to January 1997 -- is incorrect and has been specifically rebutted by Fournier's statements to the contrary. Apparently, however, no level of assurance -- including a declaration from Fournier -- short of production of NDA 19-304 will appease Reliant's demands.

      The demand that Fournier produce NDA 19-304 is also unreasonably burdensome. As Fournier has informed Reliant, the supplement to NDA 19-304 pertaining to Fournier's micronized capsule product consists of approximately 80,000 pages of documents. With the close of fact discovery looming near and given Fournier's repeated assurances and consistent position over the past year regarding NDA 19-304, it is unreasonable for Reliant to demand that Fournier now expend large amounts of resources merely in order to accommodate Reliant's fishing expedition.

      Furthermore, NDA 19-304 contains highly confidential and commercially sensitive information. Reliant's argument that NDA 19-304 covers a discontinued product and, therefore, the information contained within is "not highly confidential or valuable" is overly simplistic and misleading. The NDA contains highly confidential information such as clinical methodologies, formulation processes, product development, and detailed manufacturing specifications that are extremely valuable and are held in strict confidence by Fournier and the NDA is still maintained as confidential by the U.S. Food and Drug Administration. In fact, NDA 19-304 is valuable enough that Reliant's NDA 21-695 is based upon the safety and efficacy data in NDA 19-304, demonstrating the commercial value of the underlying information.

      Moreover, Reliant is a direct competitor of Fournier and Abbott, and the harm that could result from even an unintentional disclosure of technical information is substantial. Reliant's business partner and manufacturer of its fenofibrate product, Ethypharm S.A., is a French company that competes with Fournier in Europe. Reliant's Initial Disclosures under Rule 26 identify Ethypharm personnel as being individuals with knowledge of the issues in this litigation. Accordingly, Reliant's demand renders the threat of disclosure of confidential and commercially sensitive information to direct competitors real and immediate.

      The information contained in NDA 19-304 has no legitimate purpose in this litigation. Further, the burden of producing the requested discovery at this late date is substantial and unwarranted. For these reasons, Fournier respectfully respects that the Court deny Reliant's motion to compel.

RLF1-2966566-1

Honorable Kent A. Jordan
January 6, 2006
Page 3

We look forward to speaking with Your Honor on Monday afternoon.

Respectfully submitted,

Anne Shea Gaza

ASG:csi
Enclosure
cc: Mary B. Graham, Esq.
　　Philip A. Rovner, Esq.
　　Eric Huang, Esq.
　　William F. Cavanaugh, Jr., Esq.
　　Chad J. Peterman, Esq.
　　Charles D. Ossola, Esq.
　　Timothy C. Bickham, Esq.

RLF1-2966566-1