# EXHIBIT A

STEPTOE & JOHNSON LLP

ATTORNEYS AT LAW

Timothy C. Bickham
202 429 5517
rbickham@steptoe.com

1330 Connecticut Avenue NW
Washington DC 20036-1795
Tel 202 429 3000
Fax 202 429 3902
steptoe.com

January 5, 2006

VIA ELECTRONIC MAIL

Eric Huang, Esq
Quinn Emanuel Urquhart Oliver & Hedges, LLP
335 Madison Avenue, 17th Floor
New York, NY 10017

Re:    *Reliant Pharmaceuticals, Inc. v. Abbott Laboratories, et al.*
       Civil Action No. 04-350-KAJ

Dear Eric:

This letter confirms our conversation this morning regarding Reliant's request that Fournier produce NDA 19-304. Fournier initiated the telephone call to clarify factual inaccuracies in your letter dated January 4, 2005.

As we informed you this morning, NDA 19-304 does not contain clinical studies conducted in the United States before January 1998. Thus, the sole argument that Reliant predicates it relevance argument is factually wrong. Fournier will not gratuitously produce its highly confidential, competitively sensitive NDA 19-304.

We offered to provide a declaration or make some assurance to this effect, short of producing the NDA. Reliant has chosen not to accept Fournier's offer and wishes to raise this matter with the Court. Fournier believes that this dispute can be resolved without the Court's intervention and remains open to discussions. In the meantime, we look forward to receiving a copy of Reliant's letter to the Court.

Sincerely,

Timothy C. Bickham

cc:    Charles D. Ossola, Esq.
       Leslie M. Hill, Esq.
       Anne Gaza, Esq.
       Philip A. Rovner, Esq.