IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-350-KAJ |
| | : | |
| ABBOTT LABORATORIES and | : | |
| LABORATORIES FOURNIER S.A., | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **14th** day of **February, 2006**.

IT IS ORDERED that:

A mediation conference has been scheduled for **Friday, February 24, 2006 beginning at 9:30 a.m.** In the event a party cannot be present in Wilmington, that party (or parties) may participate by telephone. Notice of whether participation will be in person or by telephone shall be provided no later than **Tuesday, February 21, 2006.** To the extent there shall be participation by telephone, plaintiff's counsel shall initiate the teleconference call.

The trial attorneys and those who are familiar with the case and their respective clients and/or decision makers, who **must** include individuals with full authority to act on behalf of all parties (Reliant, Abbott and Fournier), including the authority to negotiate a resolution of the matter, **must** be present either in Wilmington or by telephone.

No later than **Tuesday, February 21, 2006,** the parties shall submit an agreed-upon set of settlement documents that have been the subject of negotiations by the parties.

**Any request to bring electronic equipment, for example, cell phones, blackberries or laptop computers, for use ONLY during the mediation conference, shall be made in writing under separate cover and must accompany the mediation statements, and shall include the name(s) of the individuals and the equipment requested to be authorized. The electronic equipment must be an integral part of the mediation process and not just for convenience.**

Those participating in the mediation conference shall be available and accessible throughout the process. The Court expects the parties' full and good faith cooperation with the mediation process.

**The contents of any submissions and the conference discussions, including any resolution or settlement, shall remain confidential, shall not be used in the present litigation, nor any other litigation presently pending or filed in the future, and shall not be construed as nor constitute an admission. Breach of this provision shall subject the violator to sanctions.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE