IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff-Counterdefendant, ) <br> ) <br> v. ) <br> ) <br> ABBOTT LABORATORIES and ) <br> LABORATOIRES FOURNIER, S.A., ) <br> ) <br> Defendants-Counterclaimants. ) <br> ) | C.A. No. 04-350 (KAJ) |

## STIPULATION OF DISMISSAL

The parties to this action, plaintiff Reliant Pharmaceuticals, Inc. ("Reliant") and defendants Abbott Laboratories and Laboratoires Fournier S.A. (collectively, "Defendants"), hereby stipulate pursuant to Fed. R. Civ. P. 41 through their designated counsel to dismiss this action as follows:

1. Reliant's First, Second, Third, and Fourth claims for declaratory judgment of non-infringement of United States Patent Nos. 6,074,670; 6,277,405; 6,589,552; and 6,652,881 are dismissed with prejudice, and without cost to either party.

2. Reliant's First, Second, Third, and Fourth claims for declaratory judgment of invalidity of United States Patent Nos. 6,074,670; 6,277,405; 6,589,552; and 6,652,881 are dismissed without prejudice, and without cost to either party.

3. Reliant's Fifth claim for declaratory judgment of unenforceability of United States Patent Nos. 6,074,670; 6,277,405; 6,589,552; and 6,652,881 is dismissed without prejudice, and without cost to either party.

RLF1-3004309-1

4. Defendants' First and Second counterclaims for declaratory judgment of infringement of United States Patent Nos. 6,277,405 and 6,652,881 are dismissed with prejudice, and without cost to either party.

5. Each party shall bear its own costs and attorneys' fees.

POTTER, ANDERSON & CORROON, LLP

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
1313 North Market Street
Wilmington, Delaware  19899
302.984.6000
provner@potteranderson.com

*Attorneys for Plaintiff-Counterdefendant
Reliant Pharmaceuticals, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Mary B. Graham
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market street
P.O. Box 1347
Wilmington, Delaware 19899-1347
302.658.9200
mgraham@mnat.com
jparrett@mnat.com

*Attorneys for Defendant-Counterclaimant
Abbott Laboratories*

RICHARDS, LAYTON & FINGER, P.A.

*Anne Shea Gaza*
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
One Rodney Square
Wilmington, Delaware 19899
302.651.7700
cottrell@rlf.com
gaza@rlf.com

*Attorneys for Defendant-Counterclaimant
Laboratoires Fournier S.A.*