REVIEWED
By Larisha Davis at 4:09 pm, Jun 19, 2007

CLOSED, PATENT

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:04-cv-00350-KAJ
#### Internal Use Only

| | |
|---|---|
| Reliant Pharm Inc. v. Abbott Laboratories, et al | Date Filed: 06/01/2004 |
| Assigned to: Honorable Kent A. Jordan | Date Terminated: 04/19/2006 |
| Demand: $0 | Jury Demand: None |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Reliant Pharmaceuticals Inc.**  represented by  **Philip A. Rovner**
*a Delaware Corporation*              Potter Anderson & Corroon, LLP
                                      1313 N. Market St., Hercules Plaza, 6th Flr.
                                      P.O. Box 951
                                      Wilmington, DE 19899-0951
                                      (302) 984-6000
                                      Email: provner@potteranderson.com
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Abbott Laboratories**               represented by  **Mary B. Graham**
*an Illinois corporation*             Morris, Nichols, Arsht & Tunnell LLP
                                      1201 North Market Street
                                      P.O. Box 1347
                                      Wilmington, DE 19899
                                      (302) 658-9200
                                      Email: mbgefiling@mnat.com
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Laboratoires Fournier S.A.**        represented by  **Frederick L. Cottrell, III**
*a French corporation*                Richards, Layton & Finger
                                      One Rodney Square
                                      P.O. Box 551
                                      Wilmington, DE 19899
                                      (302) 658-6541
                                      Email: cottrell@rlf.com
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | | |
|---|---|---|
| **Abbott Laboratories** | represented by | **Mary B. Graham** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Laboratoires Fournier S.A.** | represented by | **Frederick L. Cottrell, III** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Reliant Pharmaceuticals Inc.** | represented by | **Philip A. Rovner** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/01/2004 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 136252 (mwm) (Entered: 06/02/2004) |
| 06/01/2004 | | No summons issued (mwm) (Entered: 06/02/2004) |
| 06/01/2004 | 2 | Disclosure Statement pursuant to Rule 7.1 by Reliant Pharm Inc. (mwm) (Entered: 06/02/2004) |
| 06/01/2004 | 3 | Report to Commissioner of Patents and Trademarks. Exit original. Re: 6,074,670, 6,277,405, 6,589,552 (see complaint for additional patents) (mwm) (Entered: 06/02/2004) |
| 06/08/2004 | | SUMMONS(ES) issued for Abbott Laboratories, Laboratoires S.A. (dab) (Entered: 06/08/2004) |
| 06/09/2004 | 4 | CASE assigned to Judge Gregory M. Sleet . Notice to all parties. (rjb) (Entered: 06/09/2004) |
| 06/09/2004 | 5 | RETURN OF SERVICE executed as to Laboratoires S.A. on 6/8/04 Answer due on 6/28/04 for Laboratoires S.A. (asw) (Entered: 06/09/2004) |
| 06/09/2004 | 6 | RETURN OF SERVICE executed as to Abbott Laboratories on 6/8/04 Answer due on 6/28/04 for Abbott Laboratories (asw) (Entered: 06/09/2004) |
| 06/22/2004 | 7 | Letter to the Clerk from Mary Graham, Esq. informing the court that there are other pending civil actions in this district, assigned to Judge Jordan which are related to the complaint filed by Reliant - (03-120 KAJ |

|   |   |   |   |
|---|---|---|---|
|   |   |   | & 02-1512 KAJ) (asw) (Entered: 06/23/2004) |
| 06/25/2004 | 8 |   | Praecipe filed by Reliant Pharm Inc. for an Alias Summons (lg) (Entered: 06/25/2004) |
| 06/25/2004 |   |   | ALIAS SUMMONS issued for Laboratoires S.A. (Laboratories Fournier, S.A.) (lg) (Entered: 06/25/2004) |
| 06/25/2004 | 9 |   | Praecipe filed by Reliant Pharm Inc. for Alias Summons upon Lab Fournier, S.A. (lg) (Entered: 06/28/2004) |
| 06/25/2004 |   |   | ALIAS SUMMONS(ES) issued for Lab Fournier, S.A.; copies to: Pltf (lg) (Entered: 06/28/2004) |
| 07/02/2004 | 10 |   | STIPULATION with proposed order to Extend time to 7/30/04 for the Defendants to file an answer to the complaint (asw) (Entered: 07/06/2004) |
| 07/07/2004 |   |   | So Ordered granting [10-1] stipulation ( signed by Judge Gregory M. Sleet ) Notice to all parties. (asw) (Entered: 07/07/2004) |
| 07/07/2004 |   |   | Deadline updated; reset Answer deadline to 7/30/04 for Laboratoires S.A., for Abbott Laboratories (asw) (Entered: 07/15/2004) |
| 07/16/2004 | 11 |   | MOTION by Reliant Pharm Inc. with Proposed Order for Edward J. DeFranco, Esq., Andrew M. Berdon, Esq., and Eric Huang, Esq. to Appear Pro Hac Vice (asw) (Entered: 07/19/2004) |
| 07/19/2004 |   |   | So Ordered granting [11-1] motion for Edward J. DeFranco, Esq., Andrew M. Berdon, Esq., and Eric Huang, Esq. to Appear Pro Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all parties. (asw) (Entered: 07/19/2004) |
| 07/30/2004 | 12 |   | MOTION by Abbott Laboratories, Laboratoires S.A. to Dismiss the Complaint Answer Brief due 8/13/04 re: [12-1] motion (asw) (Entered: 08/02/2004) |
| 07/30/2004 | 13 |   | SEALED Opening Brief Filed by Abbott Laboratories, Laboratoires S.A. in support of [12-1] motion to Dismiss the Complaint - Answer Brief due 8/13/04 (asw) Modified on 3/24/2006 (rbe, ). (Entered: 08/02/2004) |
| 07/30/2004 | 14 |   | SEALED Appendix to Brief Filed by Abbott Laboratories, Laboratoires S.A. Appending [13-1] opening brief (asw) Modified on 3/24/2006 (rbe, ). (Entered: 08/02/2004) |
| 08/06/2004 | 15 |   | STIPULATION with proposed order to Extend Time to 8/20/04 for the Plaintiff to respond to the Defendants' Motion to Dismiss the complaint (asw) (Entered: 08/09/2004) |
| 08/18/2004 |   |   | So Ordered granting [15-1] stipulation reset Answer Brief Deadline to 8/20/04 re: [12-1] motion to Dismiss the Complaint ( signed by Judge Gregory M. Sleet ) Notice to all parties. (ljj) (Entered: 08/20/2004) |
| 08/19/2004 |   |   | (Court only) **Added for Abbott Laboratories attorney Mary B. Graham (ljj) (Entered: 08/19/2004) |

| | | |
|---|---|---|
| 08/19/2004 | | (Court only) **Added for Laboratoires S.A. attorney Frederick L. Cottrell III (ljj) (Entered: 08/19/2004) |
| 08/20/2004 | 16 | SEALED Brief in Opposition Filed by Reliant Pharm Inc. to Defendants'[12-1] motion to Dismiss the Complaint - Reply Brief due 8/27/04 (asw) (Entered: 08/23/2004) |
| 08/20/2004 | 17 | SEALED Declaration of Eric Huang, Esq. in support of Plaintiff's brief in Opposition to Defendant's Motion to Dismiss the complaint (asw) (Entered: 08/23/2004) |
| 08/27/2004 | 18 | STIPULATION with proposed order to Extend Time to 9/3/04 for the Defendants to file their Reply briefs re: Defendants' Motion to Dismiss the Complaint (asw) (Entered: 08/27/2004) |
| 09/02/2004 | | So Ordered granting [18-1] stipulation ( signed by Judge Gregory M. Sleet ) Notice to all parties. (asw) (Entered: 09/02/2004) |
| 09/02/2004 | | Deadline updated; reset Reply Brief Deadline to 9/3/04 re: [12-1] motion to Dismiss the Complaint (asw) (Entered: 09/02/2004) |
| 09/02/2004 | 19 | STIPULATION with proposed order to Extend Time to 9/8/04 for the Defendants to file their Reply Briefs in support of Defendants' Motion to Dismiss the Complaint (asw) (Entered: 09/02/2004) |
| 09/08/2004 | | So Ordered granting [19-1] stipulation ( signed by Judge Gregory M. Sleet ) Notice to all parties. (asw) (Entered: 09/08/2004) |
| 09/08/2004 | | Deadline updated; reset Reply Brief Deadline to 9/8/04 re: [12-1] motion to Dismiss the Complaint (asw) (Entered: 09/08/2004) |
| 09/08/2004 | 20 | SEALED Reply Brief Filed by Abbott Laboratories, Laboratoires S.A. in Support of Defendants' [12-1] motion to Dismiss the Complaint (asw) (Entered: 09/09/2004) |
| 09/13/2004 | 21 | APPLICATION by Reliant Pharm Inc. for Oral Argument (asw) (Entered: 09/15/2004) |
| 09/30/2004 | 23 | MOTION by Reliant Pharm Inc. with Proposed Order for Richard Doss, Esq. to Appear Pro Hac Vice (asw) (Entered: 10/04/2004) |
| 10/01/2004 | 22 | CASE reassigned to Judge Kent A. Jordan . Notice to all parties. (dcap) (Entered: 10/01/2004) |
| 10/06/2004 | | So Ordered granting [23-1] motion for Richard Doss, Esq. to Appear Pro Hac Vice ( signed by Judge Kent A. Jordan ) Notice to all parties. (mmm) (Entered: 10/06/2004) |
| 10/21/2004 | 24 | Letter dated 10/21/04 by Judge Jordan to parties enclosing a scheduling order form and requesting the parties contact the Court w/in 10-days to schedule a teleconference. (rwc) (Entered: 10/21/2004) |
| 10/25/2004 | 25 | MOTION by Laboratoires S.A. with Proposed Order for Timothy C. Bickman, Esq., to Appear Pro Hac Vice re: [25-1] motion (rwc) (Entered: 10/25/2004) |
| | | |