OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

*August    , 2007*

Philip A. Rovner, ESQ.
Potter Anderson & Corroon, LLP
provner@potteranderson.com

RE: **Reliant Pharm Inc. v. Abbott Laboratories, et al.**
    Civ. No. 04-cv-00350-KAJ

Dear Counsel:

   Pursuant to the Order entered on 7/20/2007 by the Honorable Mary Pat Thyne, the following documents are herewith being returned to you:

ITEMS: 16,17.

   A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

   I hereby acknowledge receipt of the above mentioned documents on _____8/1/07_____.

Signature: _____