OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 3, 2007

Mary B. Graham, ESQ.
Morris, Nichols, Arsht & Tunnell LLP
mbgefiling@mnat.com

RE: **Reliant Pharm Inc. v. Abbott Laboratories, et al.**
Civ. No. **04-cv-00350-KAJ**

Dear Counsel:

Pursuant to the Order entered on 7/20/2007 by the Honorable Mary Pat Thyne, the following documents are herewith being returned to you:

ITEMS: 13,14,20.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on ___8-3-07___.

_____
Signature